## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **RICHARD BARNES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:13-cv-00068-DGK** |
| | ) | |
| **HUMANA HEALTH PLAN, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that, on June 14, 2013, the undersigned sent Defendant's First Set of Interrogatories Directed to Plaintiff and Defendant's First Request for Production of Documents Directed to Plaintiff via electronic mail and U.S., first class mail, to the following:

> Andrew C. Schendel
> Castle Law Office of Kansas City, P.C.
> 811 Grand Blvd., Suite 101
> Kansas City, MO 64106
> Attorney for Plaintiff

Respectfully submitted,

Spencer Fane Britt & Browne LLP

/s/ Douglas M. Weems
Douglas M. Weems          MO #41165
Bradley S. Dixon          MO #62846
1000 Walnut, Suite 1400
Kansas City, MO 64106
Tel:          816-292-8264
Fax:          816-474-3216
dweems@spencerfane.com
bdixon@spencerfane.com
**ATTORNEY FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that the foregoing was served via ECF notification on this 14th day of June, 2013, on:

    Andrew C. Schendel
    Castle Law Office of Kansas City, P.C.
    811 Grand Blvd., Suite 101
    Kansas City, MO 64106
    Attorney for Plaintiff

                    /s/ Douglas M. Weems
                    Attorney for Defendant

WA 4223469.1